IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:09-CV-009 |
| 0.17 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TEXAS; AND UNKNOWN OWNERS, ET AL., | § § § § § § | |
| *Defendant.* | § | |

**UNITED STATES' RESPONSE TO THE DISTRICT COURT'S ORDER FOR A CASE STATUS UPDATE**

**COMES NOW** the United States of America (hereinafter "United States"), and in response to the District Court's October 26, 2018, Order to inform the Court of each party's status and intended future action avers as follows:

Based on extensive research, the United States will file a motion to dismiss W.B. Osborn, Jr. Registered Agent for The Altex Energy Corporation, successor in interest to The Altex Corporation and Unknown Successors in Interest to the Altex Corporation and the Altex Energy Corporation for the Court's consideration no later than December 14, 2018.

The United States must resolve title and just compensation issues with the three named landowners in Schedule GG (Docket No. 16).  The United States is hopeful the parties will be able to negotiate a settlement regarding just compensation; however, the parties will need a Scheduling Order from the Court.

**WHEREFORE**, premises considered, the United States prays the Court issue a Scheduling Order in this case.

Respectfully submitted,

**FOR PLAINTIFF**

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

## CERTIFICATE OF SERVICE

I, E. Paxton Warner, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on December 10, 2018, I mailed a true and correct copy of the foregoing document via regular mail to the all parties remaining in this cause.

By: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney